An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF RESIGNATION OF DONALD CAVIN HILL, BAR NO. 858.

No. 69318

**FILED**

DEC 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER GRANTING PETITION FOR RESIGNATION

This is a joint petition by the State Bar of Nevada and attorney Donald Cavin Hill for his resignation from the Nevada bar.

SCR 98(5) provides that Nevada attorneys who are not actively practicing law in this state may resign from the state bar if certain conditions are met. The petition includes statements from state bar staff confirming that no disciplinary, fee dispute arbitration, or client security fund matters are pending against Hill; and that he is current on all membership fee payments and other financial commitments relating to his practice of law in this state. *See* SCR 98(5)(a)(1)-(2).

Bar counsel has recommended that the resignation be approved, and the Board of Governors has approved the application for resignation. *See* SCR 98(5)(a)(2). Hill acknowledges that his resignation is irrevocable and that the state bar retains continuing jurisdiction with respect to matters involving a past member's conduct prior to resignation. *See* SCR 98(5)(c)-(d). Finally, Hill has submitted an affidavit of compliance with SCR 115. *See* SCR 98(5)(e).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-39490

The petition satisfies the requirements of SCR 98(5). Accordingly, we approve attorney Donald Cavin Hill's resignation. SCR 98(5)(a)(2). The petition is hereby granted.

It is so ORDERED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                   Douglas

_____, J.          _____, J.
Cherry                        Saitta

_____, J.          _____, J.
Gibbons                       Pickering

cc:   Donald Cavin Hill
C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Perry Thompson, Admissions Officer, U.S. Supreme Court